Prob12B
(1/98)

# UNITED STATES DISTRICT COURT

for the

## Western District of North Carolina

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
### Probation Form 49, Waiver of Hearing is Attached



Name of Offender:   Brandon O'Neal Blakeney            Case Number: 3:00CR185-01

Name of Reassigned Judicial Officer: The Honorable Richard L. Voorhees
                                     U.S. District Court Judge

Date of Original Sentence: 03/30/01

Original Offense: (1) Armed Bank Robbery and Aiding & Abetting Same, 18:2113(d); (2) Conspiracy to Commit Bank Robbery, Armed Bank Robbery and Possession of a Firearm During and in Relation to a Crime of Violence, 18:371.

Original Sentence: 51 months imprisonment followed by three (3) years supervised release with the following special conditions: 1) Pay a special assessment of $200 (pd); 2) Pay restitution of $5,511 (bal-$3,974.61).

Type of Supervision: Supervised Release            Date Supervision Commenced: 04/21/05

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total of years.
[X]   To modify the conditions of supervision as follows:

"The defendant shall submit to a mental health evaluation/treatment program under the guidance and supervision of the U.S. Probation Officer. The defendant shall remain in treatment and maintain any prescribed medications until satisfactorily discharged by the program and/or with the approval of the U.S. Probation Officer."

## CAUSE

On 05/09/05 & 05/17/05, the defendant submitted to random Code-A-Phone drug testing which returned positive results for marijuana. A subsequent assessment completed on 5/19/05, indicated that the defendant may benefit from mental health counseling. The defendant will also be placed on home detention as previously approved by Your Honor on 5/12/05. The defendant has been advised of his rights under Rule 32.1(b) and has signed the attached waiver agreeing to a modification of his supervision.

I declare under penalty of perjury that the foregoing is true and correct.

Respectively submitted,

By Richard W. Graybill
U.S. Probation Officer
Date: 05/23/05

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

5-31-05
Date

Signature of Judicial Officer